# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sheldon E. Richardson and Barbara L. Richardson,<br><br>Plaintiffs,<br><br>vs.<br><br>First Western Trust Bank and Athene Annuity & Life Company,<br><br>Defendants. | No. CV-15-01235-PHX-SRB<br><br>**ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41** |

The Court, having considered the parties' Stipulation for Dismissal with Prejudice filed by Morris C. Aaron, as Chapter 11 Trustee of the bankruptcy estate of plaintiff Barbara L. Richardson and defendant First Western Trust Bank, and good cause appearing,

**IT IS HEREBY ORDERED** dismissing with prejudice all causes of action filed by Plaintiff Barbara L. Richardson against Defendants First Western Trust Bank and Athene Annuity & Life Company, all sides to bear their own attorneys' fees and costs.

Dated this 29th day of August, 2016.

_____
Susan R. Bolton
United States District Judge